1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant AGTANE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. CR-03-40104 SBA
                                      )
12              Plaintiff,            )   **STIPULATION AND ORDER,**
                                      )   **CONTINUING DATE FOR ADMISSION**
13 vs.                                )   **OF SUPERVISED RELEASE**
                                      )   **VIOLATIONS AND SENTENCING**
14 DONKARL AGTANE,                    )
                                      )   Current Date: April 22, 2008
15              Defendant.            )   Requested Date: April 29, 2008
   _____)
16

17      Donkarl Agtane is currently scheduled to appear before this Court on Tuesday, April 22,

18 2008 at 10:00 a.m. for admission of violations of supervised release, and sentencing. Mr. Agtane

19 is in custody. Counsel for Mr. Agtane arranged to visit Mr. Agtane today, April 15, so that she

20 could discuss the issues with her client, then meet and confer with the probation officer and

21 government, and file an appropriate sentencing memorandum, all sufficiently in advance of the

22 April 22 court appearance. However, although an attorney contact visit had been pre-arranged

23 and pre-approved, and although counsel was present at Santa Rita Jail and waiting for the visit,

24 jail deputies never brought Mr. Agtane to the visit. Counsel scheduled the next possible attorney

25 contact visit, which will be Monday, April 21, 2008 at 10:30 a.m. In order to have time to meet

26 with probation and the government after conferring with her client, and so that counsel can file a

1

sentencing memorandum sufficiently in advance of the court appearance, counsel for Mr. Agtane respectfully requests that the Court continue the date for admission of violations and sentencing to Tuesday, April 29, 2008. The government and the probation officer have graciously agreed to counsel's request. All three parties are available on Tuesday, April 29 at 10:00 a.m. If April 29th is not available, all three parties are also available on Tuesday, May 6 at 10:00 a.m.

Because this matter is a violation of supervised release, the Speedy Trial Act does not apply and there is no need to exclude time.

    April 15, 2008  
Date

    /S/  
Rebecca Sullivan Silbert  
Assistant Federal Public Defender  
Counsel for DonKarl Agtane

    April 15, 2008  
Date

    /S/  
Steve Corrigan  
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 6, 2008 at 10:00 a.m. for admission on violations of supervised release and sentencing.

IT IS SO ORDERED.

    4/21/08  
Date

*Saundra B Armstrong*  
Honorable Saundra Brown Armstrong  
Judge, United States District Court  
Northern District of California