AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA

v.

DONKARL NICK AGTANE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-03-40104-002 SBA
BOP Case Number:   DCAN403CR040104-002
USM Number:
Defendant's Attorney :   REBECCA SILBERT, Asst. Federal Public Defender

**THE DEFENDANT:**

[X]   admitted guilt to violation of : special condition #5, standard conditions #2, #3, #6 of the term of supervision as stated on Charges 1, 2, 3, 4, 5 and 6 of the Probation Petition Form 12 filed on December 21, 2007.

[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See attached page 2 | See attached page 2 | See attached page 2 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]   The defendant has not violated condition(s)  _  and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:  97365-011

Defendant's Residence Address:

Defendant's Mailing Address:

June 23, 2008
Date of Imposition of Judgment

*Saundra B Armstrong*
Signature of Judicial Officer

Honorable Saundra B. Armstrong, U. S. District Judge
Name & Title of Judicial Officer

7/1/08
Date

AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

DEFENDANT:     DONKARL NICK AGTANE                         Judgment - Page 2  of  3
CASE NUMBER:  CR-03-40104-002 SBA

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failed to report to the Probation Officer | 12/07/2007 |
| 2 | Failed to participate in a drug treatment program | 11/27/20007 |
| 3 | Failed to submit a truthful and complete written report within the first five days of each month | 11/2007  and 12/2007 |
| 4 | Failed to follow the instructions of the Probation Officer | 12/17/2007 |
| 5 | Failed to notify the Probation Officer ten days prior to any change in employment | 10/24/2007 |
| 6 | Failed to answer truthfully all inquiries by the Probation Officer | 10/26/2007 |

DEFENDANT:          DONKARL NICK AGTANE                         Judgment - Page 2  of  3

AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

CASE NUMBER:       CR-03-40104-002 SBA

# IMPRISONMENT

IT IS HEREBY ORDERED THAT  that the defendant is in violation of the terms and conditions of his supervised release, and the defendant's term of supervised release is therefore **REVOKED**.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **five (5) months** .  Upon release from custody, the defendant shall **not** be placed on supervised release.

[ ]      The Court makes the following recommendations to the Bureau of Prisons:

[**X**]     The defendant was originally brought into federal custody on 1/18/2008, and has been in custody for longer than 5 months.  As a result of the 5 months sentence imposed by the Court, the defendant shall be released from the custody of the United States Marshal forthwith.

[ ]      The defendant shall surrender to the United States Marshal for this district.
        [ ]  at ___ [] am [] pm on ___.
        [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before  2:00 pm on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

_____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By    _____

Deputy United States Marshal